UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO. 3:97CR155-9-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| DAVID BABB LOWRY, | ) | |
| Defendant. | ) | |

Defendant David Babb Lowry moves the Court to terminate his term of supervised release. (Document #1063) The Defendant so moves because he has complied with each and every condition of his confinement in prison and term of supervised release and has no restitution/fine obligation. The United States Probation Office does <u>not</u> object to the filing of this Motion as Defendant has successfully completed 54 of his 60 months of supervised release – satisfying the district's policy of requiring 2/3 completion of the term before recommending early termination. Likewise, the United States Attorney's Office does <u>not</u> object to this Motion. The Defendant has shown good cause for the granting of this Motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Terminate his term of supervised release is **GRANTED**.

Signed: August 20, 2009

Richard L. Voorhees
United States District Judge